Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 20 2021

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY ANN BRISCHLE,<br><br>Defendant. | **2:21-CR-93-RMP**<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 2261A(2)(A), (B)<br>Cyberstalking<br>(Count 1)<br><br>18 U.S.C. § 2261A(1)(A), (B)<br>Interstate Stalking<br>(Count 2)<br><br>18 U.S.C. § 844(h) Use of Fire in<br>the Commission of a Federal<br>Felony Offense<br>(Count 3) |

The Grand Jury charges:

COUNT 1

Beginning on a date unknown but by January 28, 2021, and continuing until on or about July 20, 2021, in the Eastern District of Washington and elsewhere, the Defendant, KIMBERLY ANN BRISCHLE, with the intent to injure, harass, and intimidate W.B., used facilities of interstate and foreign commerce to engage in a course of conduct that placed W.B. in reasonable fear of death and serious

INDICTMENT – 1

bodily injury to W.B. and to a pet of W.B. and that caused and would be reasonably expected to cause substantial emotional distress to W.B., in violation of 18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5).

## COUNT 2

On or about April 28, 2021, in the Eastern District of Washington and elsewhere, the Defendant, KIMBERLY ANN BRISCHLE, traveled in interstate commerce with the intent to injure, harass, and intimidate W.B., and in the course of and as a result of such travel engaged in conduct that placed W.B. in reasonable fear of death and serious bodily injury to W.B. and to a pet of W.B. and that caused and would be reasonably be expected to cause substantial emotional distress to W.B., in violation of 18 U.S.C. §§ 2261A(1)(A), (B) , 2261(b)(5).

## COUNT 3

On or about April 28, 2021, in the Eastern District of Washington, the Defendant, KIMBERLY ANN BRISCHLE, knowingly used fire to commit Interstate Stalking, a felony prosecutable in a court of the United States pursuant to 18 U.S.C. § 2261A, by setting a residence located at 3111 E. 44th Avenue Spokane, Washington on fire, in violation of 18 U.S.C. § 844(h).

DATED this 20th day of July, 2021.

Joseph H. Harrington
Acting United States Attorney

Timothy J. Ohms
Assistant United States Attorney

INDICTMENT – 2