# CHARGES AND PENALTIES

**CASE NAME:** Kimberly Ann Brischle     **CASE NO.** 2:21-CR-93-RMP-1

TOTAL # OF COUNTS: 3     ✓ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jul 20, 2021
SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2261A(2) | Cyberstalking | CAG up to 5 years<br>$250,000 fine<br>3 years supervised release<br>$100 special penalty assessment |
| 2 | 18 U.S.C. § 2261A(1) | Interstate Stalking | CAG up to 5 years<br>$250,000 fine<br>3 years supervised release<br>$100 special penalty assessment |
| 3 | 18 U.S.C. § 844(h) | Use of Fire in the Commission of a Federal Felony Offense | CAG up to 10 years (non-suspendable and consecutive to any other term of imprisonment);<br>$250,000 fine; 3 years supervised release<br>$100 special penalty assessment |