J. Stephen Roberts, Jr.
Federal Defenders of Eastern Washington and Idaho
10 N. Post St., Ste. 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Kimberly Ann Brischle

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### The Hon. Rosanna M. Peterson

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>    v.<br><br>Kimberly Ann Brischle,<br><br>             Defendant. | No. 2:21-CR-00093-RMP<br><br>**Joint Status Report Re: Discovery** |

On July 22, 2021, the Court entered an order directing the parties to meet and confer regarding the status of discovery. *See* Pretrial Order, ECF No. 15 at 5. The Court ordered that counsel meet and discuss the scope and timeline for all discovery by August 4, 2021 and file a status report within three days of that meeting.

Pursuant to the Court's order, the parties met and conferred (via email) regarding the status of the case and discovery. On August 5, 2021, the defense was provided with the initial discovery disclosures. The delay in receiving the initial discovery was due to the protective order issued by the Court on August 4, 2021.

Joint Status Report Re: Discovery

Due to the voluminous nature of the initial set of discovery, it will take time for counsel to review. However the parties are confident that they will be able to address by mutual agreement any specific requests for additional discovery that may emerge. Aside from the initial discovery disclosure delayed by the protective order, the parties are unaware of any discovery issues for the Court to resolve at this juncture.

Dated:    August 5, 2021

Respectfully Submitted,

/s/ *J. Stephen Roberts, Jr.*
J. Stephen Roberts, Jr., WA 45825
Attorneys for Kimberly Ann Brischle
Federal Defenders of
Eastern Washington and Idaho
10 N. Post St., Ste. 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  Steve_Roberts@fd.org

/s/ *Timothy J. Ohms*
Timothy J. Ohms
Assistant United States Attorney

Joint Status Report Re: Discovery

# CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: TIMOTHY J. OHMS, Assistant United States Attorney.

<u>*/s/ J. Stephen Roberts, Jr.*</u>
J. Stephen Roberts, Jr., WA 45825
Attorneys for Kimberly Ann Brischle
Federal Defenders of
Eastern Washington and Idaho
10 N. Post St., Ste. 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  Steve_Roberts@fd.org

Joint Status Report Re: Discovery