## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | | Case No. | 2:21-CR-0093-RMP |
|---|---|---|---|
| | Plaintiff, | **CRIMINAL MINUTES** | |
| -vs- | | DATE: | FEBRUARY 8, 2022 |
| KIMBERLY ANN BRISCHLE, | | LOCATION: | SPOKANE VIDEO |
| | Defendant. | **CHANGE OF PLEA HEARING** | |

| | Hon. Rosanna Malouf Peterson | |
|---|---|---|
| Penny Lamb | LC1 | Ronelle Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Timothy J. Ohms | | Amy H. Rubin and John Stephen Roberts, Jr. |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:** Not Attended | | |

[ ] **Open Court**        [ ] **Chambers**        [ X ] **Telecon/Video**

Due to the current COVID-19 public health crisis, all parties including Defendant, appeared via video conference. The Court obtained Defendant's verbal consent to proceedings by video from the Spokane County Jail.

Signed 11(c)(1)(C) Plea Agreement was provided to the Court for filing prior to commencement of the hearing. Court engaged Defendant in a colloquy regarding charges and advised Defendant she has a right to go to trial. Court advises Defendant of Constitutional Rights given up by plea of guilty. Government counsel set forth the elements that would need to be proven to obtain a conviction. Defendant enters guilty plea to Counts 1 and 2 of the Superseding Indictment filed on September 21, 2021. The Court accepted Defendant's pleas of guilty to Counts 1 and 2 of the Superseding Indictment, and a Presentence Investigation Report ordered.

Sentencing set for **May 25, 2022, at 1:30 p.m., in Spokane**. Counsel to correct the errors in the Plea Agreement as noted during the hearing.

[ X ] **ORDERS FORTHCOMING**

| **CONVENED:** 3:29 P.M. | **ADJOURNED:** 4:10 P.M. | **TIME:** 0:41 HR. | **CALENDARED** [ X ] |
|---|---|---|---|