Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States
Attorney Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:21-CR-00093-RMP |
| v. | |
| KIMBERLY ANN BRISCHLE, | United States' Pre-Sentence Investigation Review |
| Defendant. | |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, Timothy J. Ohms, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the following Notice of Review of the United States Probation Office's Draft Presentence Investigation Report. ECF No. 43.

The United States has no objections, corrections, or exceptions to the draft PSIR filed on April 14, 2022.

Dated: April 26, 2022.

Vanessa R. Waldref
United States Attorney

*s/ Timothy J. Ohms*
Timothy J. Ohms
Assistant United States Attorney

United States' Pre-Sentence Investigation Review - 1

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Amy H. Rubin

*s/ Timothy J. Ohms*
Timothy J. Ohms
Assistant United States Attorney